UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC BERNARD GIPSON (#377719)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NUMBER 10-508-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the defendants' motion for summary judgment shall be granted and the claims against defendants Howard Prince, Carolyn Chestnut and Dr. Johnny Prejean shall be dismissed.[1]

Baton Rouge, Louisiana, December 1, 2010.

*(signature)*
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 9.
Doc#47046