UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ERIC BERNARD GIPSON (#377719)

VERSUS

HOWARD PRINCE, ET AL

CIVIL ACTION

NUMBER 10-508-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's claims against defendants Asst. Warden Hall, Lt. Woods and MSgt. Richardson shall be dismissed, without prejudice, pursuant to Rule 4(m).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February ___9___, 2011.


_____

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA